# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____  *

\*

**v.**   \*   **Case No.** _____

\*

_____  \*

## **NOTICE OF APPEAL**

Notice is hereby given that _____,
(fill in names of **all** parties who are appealing)

_____ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the _____
(indicate order or judgment)

entered in this case on _____.

_____          _____

Date                                                                 Signature

_____

Printed Name and Bar Number

_____

Address

_____

Email Address

_____

Telephone Number

_____

Fax Number