UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
–Greenbelt Division–

KILMAR ARMANDO ABREGO GARCIA, ET AL.,

    Plaintiffs,

v.

KRISTI NOEM, ET AL.,

    Defendants.

Case No.: 8:25-CV-00951-PX

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO MODIFY SCHEDULE**

At 6:43 p.m. yesterday, the United States Supreme Court issued an order finding that this Court "properly require[d] the Government to 'facilitate' Abrego Garcia's release from custody in El Salvador and to ensure that his case is handled as it would have been had he not been improperly sent to El Salvador." *Noem et al. v. Abrego Garcia et al.*, 604 U.S. ____ (2025), slip op. at 2. The Court further ordered the Government to "be prepared to share what it can concerning the steps it has taken and the prospect of further steps." *Id.*

Last night, this Court ordered the Government to file, no later than 9:30 a.m. today, a declaration from an individual with personal knowledge, "addressing the following: (1) the current physical location and custodial status of Abrego Garcia; (2) what steps, if any, Defendants have taken to facilitate Abrego Garcia's immediate return to the United States; and (3) what additional steps Defendants will take, and when, to facilitate his return." Dkt. 51.

This Court's order to facilitate Abrego Garcia's return was issued one week ago. It was not stayed until Monday afternoon. Accordingly, the Government should have been taking actions Friday, Saturday, Sunday, and Monday morning, and the Government can report on those. The

Supreme Court lifted the stay yesterday evening. Accordingly, the Government should have been taking actions last night and this morning, and it can report on those. The Government should likewise be in a position to tell the Court in general terms what its further plan is to facilitate Mr. Abrego Garcia's return, and who in the Government is responsible for implementing that plan.

Instead, the Government continues to delay, obfuscate, and flout court orders, while a man's life and safety is at risk. Its request for an extension—filed this morning in defiance of the Court's rules requiring consultation with Plaintiffs' counsel—is another stunning display of arrogance and cruelty. It did not take that time to ponder whether to remove Garcia—which it effectuated within 72 hours of his unlawful seizure—and it does not need that time to comply with this Court's and the Supreme Court's rulings. We vigorously oppose the Government's motion, and we further request that the Government immediately report on Mr. Abrego Garcia's safety and well being. We will attend the scheduled hearing at 1 p.m.

Dated: April 11, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Jonathan G. Cooper*

**MURRAY OSORIO PLLC**
Simon Y. Sandoval-Moshenberg
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
(703) 352-2399
ssandoval@murrayosorio.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan G. Cooper, (D. Md. Bar No. 21345)
1300 I Street NW, Suite 900
Washington, DC 20005
Tel. No.: 202-538-8000
Fax No.: 202-538-8100
jonathancooper@quinnemanuel.com

*Counsel for Kilmar Armando Abrego Garcia, Jennifer Stefania Vasquez Sura, and A. A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura.*

2